NIVOGOR REALTY CORPORATION, Respondent, v. GIFFORD-WOOD CO., Appellant.— Order granting motion by plaintiff to strike out the first and second defenses and the first and second partial defenses in the answer of defendant as being insufficient in law, modified by providing that the first defense shall be retained in the answer; as so modified the order is affirmed, without costs. Defendant may serve an amended answer within ten days from the entry of the order hereon. The defenses of waiver, consent, acquiescence and ratification, whether under the terms of the contract by practical interpretation of the parties or otherwise, or by subsequent conduct, may properly await the production of proof on the trial in respect to the validity thereof. The hypothetical form of pleading is not approved. Carswell, Davis and Close, JJ., concur; Hagarty and Adel, JJ., dissent as to modification and vote to affirm.

ELIZABETH NOONAN, Appellant, v. EDMUND F. GIBBONS, D. D., as Bishop of and the ROMAN CATHOLIC DIOCESE OF ALBANY, NEW YORK, THE SOCIETY OF THE SISTERS OF ST. JOSEPH OF THE CITY OF TROY (Also Known as ST. JOSEPH'S SEMINARY), Respondents. (Actions Nos. 1 and 2.) — Action No. 1. Judgment dismissing the complaint on the merits in an action to recover damages for false arrest and conspiracy unanimously affirmed, with costs. No opinion. Action No. 2. Judgment dismissing the complaint on the merits in an action to recover damages for breach of contract unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

JOSEPHINE NOWIERSKA, Respondent, v. THOMAS T. ROBINSON, Appellant, and Others, Defendants.— In an action to recover damages for personal injuries sustained by plaintiff-respondent as the result of a collision, at a street intersection, of the moving automobiles of the defendant-appellant, Robinson, and defendant Vince, which latter automobile was caused to run upon the sidewalk, striking plaintiff, a pedestrian, judgment in favor of the plaintiff, entered upon a verdict, and order denying motion for a new trial, unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.